IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDER RODRIGUEZ and | § | |
| ROSALINA MILIAN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-1008 |
| | § | |
| QUICKEN LOANS, INC., | § | |
|     Defendant. | § | |

## **ORDER**

By Memorandum and Order [Doc. # 26] and Final Judgment [Doc. # 27] entered October 11, 2016, the Court granted summary judgment in favor of Defendant Quicken Loans, Inc. On October 21, 2016, Defendant filed a timely Rule 54(d) Motion for Attorney's Fees ("Motion") [Doc. # 29], to which Plaintiffs Alexander Rodriguez and Rosalina Milian filed a Response [Doc. # 32], and Defendant filed a Reply [Doc. # 33]. On June 5, 2017, the United States Magistrate Judge to whom the Motion was referred issued a Report and Recommendation [Doc. # 34], recommending that the Motion be denied. Neither party filed an objection to the recommendation.

Because there is no objection to the recommendation that the Motion be denied, this Court exercises its discretion to deny Defendant's request for an award of attorney's fees in this case. It is hereby

**ORDERED** that Defendant's Motion for Attorney's Fees [Doc. # 29] is **DENIED**.

SIGNED at Houston, Texas, this 28th day of **June, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE